AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Jacob Lee Aguilar<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.  8:25-mj-3001-CPT<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ~~September 11, 2025~~ FEBRUARY 2025 or in the county of _____Pasco_____ in the

___Middle___ District of _____Florida_____ , the defendant(s) violated:

|         Code Section          |              Offense Description              |
|-------------------------------|-----------------------------------------------|
| 18 U.S.C. § 2251(a)           | Production of child pornography               |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Johnathon Hoyt, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  ___SEPTEMBER 11, 2025___

_____
*Judge's signature*

City and state:  _____Tampa, FL_____      HONORABLE CHRISTOPHER P. TUITE, U.S.M.J.
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Johnathon Hoyt, a Special Agent with the Federal Bureau of Investigation (FBI), being sworn to tell the truth, state as follows:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since March 2018.  Beginning August 2025, to the present, I have been assigned to the Innocent Images Task Force, members of which investigate the sexual exploitation of children in the Tampa, Florida area.

2.      My duties include investigating and assisting in the investigation of numerous criminal matters involving the sexual exploitation of children which constitute violations of 18 U.S.C. §§ 2251, 2252, 2252A and 2422(b), as well as Florida state statutes that criminalize the online enticement of minors and the production, possession, receipt, and transmission of child pornography, that is, visual images depicting minors engaged in sexually explicit conduct. I have made arrests and been involved in numerous searches pertaining to these and other federal crime investigations. I have attended numerous specialized courses involving computers and child exploitation. As a Special Agent with the FBI, I am authorized to investigate violations of laws of the United States, and to execute arrest and search warrants issued under the authority of the United States.

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Jacob Lee **AGUILAR** ("**AGUILAR**"). This affidavit sets forth facts sufficient to establish probable cause to believe that **AGUILAR** has violated 18 U.S.C. § 2251(a) (production of child pornography).

4.     The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **AGUILAR**, I have not set forth each and every fact learned during the course of this investigation.

## **PROBABLE CAUSE**

5.     On or about June 24, 2025, Reddit submitted two CyberTipline Reports to the National Center for Missing and Exploited Children ("NCMEC").

6.     As reported by Reddit in CyberTip 214772125, the incident type was Child Pornography (possession, manufacture, and distribution) with an incident time range of on or about June 24, 2025. According to CyberTip 214772125, one file consisting of child sexual abuse material ("CSAM") was uploaded to Reddit by user "JuggaloMutt9".

7.     As reported by Reddit in CyberTip 214817820, the incident type was Child Pornography (possession, manufacture, and distribution) with an incident time range of on or about June 24, 2025. According to CyberTip 214817820, five files consisting of CSAM were uploaded to Reddit by user "JuggaloMutt9". Reddit also provided additional information to NCMEC, detailing: "This is from a Reddit chat message. The user wrote: 'Damn that's hot. My daughter is 6. She's good at sucking my cock' and posted CSAM of different girls."

2

8.      In both CyberTip reports, Reddit reported the email address associated with the Reddit account was "juggalosarefamily.9@gmail.com" and the IP Address was 174.253.161.80.

9.      On July 3, 2025, the FBI served a subpoena to Reddit to confirm information regarding the "JuggaloMutt9" account. Reddit provided that the account was registered on October 17, 2019. Reddit also detailed various recent IP addresses associated with "JuggaloMutt9". Through open-source searches, the FBI determined IP addresses 108.191.165.114, 69.9.0.66, and 2603:9000:1000:15a:cbea:96d2:765e:3186 were associated to ISP Charter Communications. IP address 2600:1006:b000:4608:0:52:12e:501 was associated with Verizon.

10.     On July 3, 2025, the FBI served a subpoena to Google LLC for subscriber information for email address "juggalosarefamily.9@gmail.com". Google LLC provided the following subscriber information:

|  |  |
|---|---|
| Name: | JuggaloMUTT 9 |
| Recovery email: | jacobleeaguilar.9@gmail.com |
| Physical address: | 20401 US Highway 98, Lot 8<br>Dade City, Florida |

11.     Google LLC also provided recent IP address logins for the "juggalosarefamily.9@gmail.com" account. Through open-source searches, the FBI determined IP address 2600:1006:b06e:c951:0:49:cf59:9a01 was associated with

3

Verizon and IP address 2603:9000:1000:15a:e9a5:2adf:e594:fae4 was associated with Charter Communications.

12.    On July 11, 2025, the FBI served a subpoena to Verizon for IP addresses 2600:1006:b000:4608:0:52:12e:501 and 2600:1006:b06e:c951:0:49:cf59:9a01. Verizon confirmed the account accessing those IP addresses belonged to **AGUILAR**'s cell phone number 352-XXX-9350.

13.    Open-source searches indicated the phone number 352-XXX-9350 is associated with **AGUILAR** and an address of the 20401 US Highway 98, Lot 8, Dade City, Florida. Open-source searches reflect phone number 352-XXX-9350 being associated with **AGUILAR** since October 2019.

14.    Verizon also reported the phone number 352-XXX-9350 belonged to a subsidiary, TRACFONE, and additional subscriber information would be in TRACFONE's records. TRACFONE provided IMEI 355968931835424 associated with phone number 352-XXX-9350. Through open-source searches, I determined that IMEI was associated with a Galaxy A54 SM-S546VL.

15.    On July 11, 2025, the FBI served a subpoena to Charter Communications for subscriber information related to IP addresses 108.191.165.114, 69.9.0.66, 2603:9000:1000:15a:cbea:96d2:765e:3186 and 2603:9000:1000:15a:e9a5:2adf:e594:fae4. Charter Communications provided the subscriber for IP address 108.191.165.114 was Winn Dixie, which I know through investigative means to be **AGUILAR**'s place of employment. The subscriber for the

other three IP addresses was Evelyn Philbert with an address of 20401 US Highway 98, Lot 8, Dade City, Florida. At this time, law enforcement is unable to determine the connection between Evelyn Philbert and **AGUILAR**.

16.     On August 4, 2025, the FBI served a subpoena to TRACFONE Wireless for subscriber information associated with phone number 352-XXX-9350. TRACFONE provided the subscriber was **AGUILAR** with an email address of "Jacobleeaguilar.9@gmail.com". TRACFONE provided that the **AGUILAR**'s cellular phone service began on February 27, 2024.

17.     On September 10, 2025, pursuant to a federal search warrant, I reviewed the NCMEC CyberTip reports and associated files. I confirmed all six files uploaded by **AGUILAR** constituted child sexual abuse material. The following is an example of the files I observed:

Filename:        xtzui8m2ix8f1.jpeg

Description:     This image depicts a prepubescent female child sitting on the floor without clothing on the lower half of her body. The female child has her legs spread apart, exposing her genitalia.


Filename:        dur0fvz1ix8f1.jpeg

Description:     This image depicts a prepubescent female child without clothing on the lower half of her body, laying on her side grasping an erect male penis.

18.    On September 10, 2025, the Honorable Christopher P. Tuite, United States Magistrate Judge, signed federal search warrants authorizing the search of **AGUILAR**'s person, cell phone, and residence.

19.    On September 11, 2025, the FBI executed the federal search warrants on **AGUILAR**'s person, cell phone, and residence.

20.    While on scene, law enforcement recovered **AGUILAR**'s Galaxy A54 SM-S546VL device in the bathroom within the residence. **AGUILAR** admitted ownership over the Galaxy device.

21.    During the forensic preview of **AGUILAR**'s Galaxy device, the FBI discovered one video of child sexual abuse material that **AGUILAR** produced. The video depicts a prepubescent female child, naked from the waist down. The video appears to be within **AGUILAR**'s bedroom. The video starts with a close-up view of an adult male hand, with a distinct tattoo, physically manipulating the prepubescent female child's vagina. Throughout the video, the focus switches from the prepubescent female child's face back to her vagina. In the video, an adult male's penis is visible and at one point the prepubescent female child touches the adult male penis.

22.    Law enforcement conducted an interview of **AGUILAR** on scene. When asked about the above-detailed video, **AGUILAR** admitted to producing the video and identified himself and his daughter as the two depicted in the video. He stated this was taken in the bedroom he shares with both his children, and his son

6

must have been sleeping when he filmed it. **AGUILAR** admitted to engaging in the sexual abuse of his daughter every couple of months over the last two years. He indicated he normally records the sexual activity on his phone and deletes the videos later and must have forgotten to delete the above-detailed video.

23.     Through open-source information, law enforcement determined **AGUILAR**'s daughter was born in 2018. A forensic review of the above-detailed video determined that the video was produced on or about February 20, 2025, thereby making **AGUILAR**'s daughter approximately six years old during the production of the child sexual abuse material. **AGUILAR** also admitted his daughter was approximately six years old at the time he produced the above-detailed video of her.

## CONCLUSION

24.    Based on the foregoing, there is probable cause to believe that

**AGUILAR** has violated 18 U.S.C. § 2251(a) (production of child pornography) and I

respectfully request this Court issue an arrest warrant for **AGUILAR**.

_____

Johnathon Hoyt, Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and
accurate by telephone or other reliable electronic means consistent with Fed. R.
Crim. P. 4.1 and 41(d)(3) before me this __11__ day of September 2025.

_____

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

8